This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**No. A-1-CA-41164**

**GLEN MILLER,**

Worker-Appellant,

v.

**BROKEN SADDLE RIDING COMPANY, INC.; and HARROLD GRANTHAM, individually, jointly, and severally,**

Uninsured Employers-Appellees,

v.

**STATE OF NEW MEXICO UNINSURED EMPLOYERS' FUND,**

Statutory Entity-Appellee.

**APPEAL FROM THE WORKERS' COMPENSATION ADMINISTRATION**
**Leonard J. Padilla, Workers' Compensation Judge**

Glen Miller
Santa Fe, NM

Pro Se Appellant

Broken Saddle Riding Company
Cerrillos, NM

Pro Se Appellee

Harold Grantham
Cerrillos, NM

Pro Se Appellee

## MEMORANDUM OPINION

**YOHALEM, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}** **IT IS SO ORDERED.**

**JANE B. YOHALEM, Judge**

**WE CONCUR:**

**KRISTINA BOGARDUS, Judge**

**MEGAN P. DUFFY, Judge**